```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Tani T. Nieblas, aka<br>Tani Teresa Nieblas,<br><br>        Defendant | No. CV A 12-7281<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Tani T. Nieblas, aka Tani Teresa Nieblas, in the principal amount of $2,670.21 plus interest accrued to August 20, 2012, in the sum of $5,531.78; with interest accruing thereafter at 7% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**8,201.99**.

DATED: 10/15/2012         By: _Terry Nafisi_
                              Clerk of the Court

                              _L. Cayton_
                              Deputy Clerk
                              United States District Court