JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-7281 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Tani T. Nieblas, aka Tani Teresa Nieblas, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Tani T. Nieblas, aka Tani Teresa Nieblas, in the principal amount of $2,670.21 plus interest accrued to August 20, 2012, in the sum of $5,531.78; with interest accruing thereafter at 7% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**8,201.99**.

DATED: 10/15/2012     By: _Terry Nafizi_
                          Clerk of the Court

                          _L. Rayton_
                          Deputy Clerk
                          United States District Court